7jgmthhd (1/12)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*
*Debtor*

*Bankruptcy Case No.*

  Plaintiff(s)

*Adversary Case No.*
13−40235−abf13

v.

  Defendant(s)

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

**IT IS ORDERED AND ADJUDGED**: Judgment in favor of the Debtor and against the Missouri Department of Revenue for actual damages in the amount of $428.19, representing the amount garnished on February 6, 2013, plus $500.00 for attorneys' fees. In the event that the Debtor receives and cashes the previously−issued check in the amount of $428.19 from the Missouri Department of Revenue, then that part of the Judgment will be deemed satisfied by that check.

   The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Beth Graham
    Deputy Clerk

Date of issuance: 5/6/13

Court to serve